# UNITED STATES DISTRICT COURT.
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| THE GEILER CO., INC. | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:17cv646 |
| | ) |
| vs. | ) Judge Michael R. Barrett |
| | ) |
| THE CHEROKEE 8A GROUP, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed its Complaint on September 26, 2017 (Doc. 1). On February 9, 2018, the Court issued an Order to Show Cause (Doc. 7), ordering Plaintiff to show cause in writing why the Complaint should not be dismissed for failure to prosecute. Plaintiff did not file the required status report.

Considering the foregoing, the Court finds that dismissal for failure to prosecute is appropriate. Accordingly, it is hereby **ORDERED** this action is **DISMISSED WITHOUT PREJUDICE**. This matter shall be **CLOSED and TERMINATED** from the active docket of this Court.

**IT IS SO ORDERED.**

                                            s/*Michael R. Barrett*
                                           Michael R. Barrett, Judge
                                           United States District Court